# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America <br> v. <br><br> LAUREN GREENE <br><br> *Defendant(s)* | Case No. <br> 1:18MJ229 |

Filed MAY 15 2018

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 14, 2018** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 32 C.F.R. § 1903.7(a) | The defendant unlawfully, knowingly, and intentionally trespassed by entering, reentering, or attempting to reenter, or remaining on a CIA installation without proper authorization. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Rosanne C. Haney/Stephanie Meyer

*Complainant's signature*

Michael Blanchette, Sergeant, CIA SPS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/15/18

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*